UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
DIVISION OF TEXARKANA

| | |
|---|---|
| **CARLY JON BECK,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERIGAS PROPANE, L.P. D/B/A AMERIGAS,**<br><br>**Defendant.** | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT AMERIGAS PROPANE, L.P. D/B/A AMERIGAS' NOTICE OF REMOVAL

Pursuant to Title 28, United States Code, Sections 1332, 1441, and 1446, Defendant AmeriGas Propane, L.P. d/b/a AmeriGas (the "Removing Defendant") hereby gives notice of the removal of the above-entitled action from the Circuit Court of Miller County, Arkansas, Civil Division. As grounds for removal, the Removing Defendant states as follows:

1. <u>Complaint</u>: On September 6, 2022, Plaintiff Carly Jon Beck ("Plaintiff") filed the civil action styled *Carly Jon Beck v. AmeriGas Propane, L.P. d/b/a AmeriGas,* Cause No. 46CV-22-423 in the Circuit Court of Miller County, Arkansas, Civil Division (the "Action"). Plaintiff brings a single negligence claim against the Defendant that arises from injuries sustained from her purported use of AmeriGas propane.

2. <u>Pleadings and Process</u>: Pursuant to Title 28, United States Code, Section 1446(a), a true and correct copy of all process, pleadings, and orders in this action are collectively attached hereto as **Exhibit A**.

3. <u>Timeliness</u>: This removal is timely under Title 28, United States Code, Section 1446(b) because the Removing Defendant files this notice within thirty (30) days after the receipt

by the Removing Defendant (09/08/2022), through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the Action is based.

4. <u>Basis for Removal</u>: The basis for jurisdiction in this Court is diversity jurisdiction under Title 28, United States Code, Section 1332. Section 1332(a)(1) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between … citizens of different states…."

5. <u>Venue</u>: Venue is proper in the Western District of Arkansas as the alleged incident occurred in Texarkana, Arkansas. Exhibit A at p. 6.

6. <u>Diversity of Citizenship</u>: There is complete diversity between Plaintiff and the Removing Defendant.

    (a) Plaintiff is a citizen of the State of Texas and resides in Bowie County, Texas. Exhibit A at p. 5.

    (b) Defendant AmeriGas Propane, L.P. is not a citizen of the State of Texas. Defendant AmeriGas Propane, L.P. is a Delaware limited partnership with its principal place of business in Pennsylvania. The citizenship of a limited partnership is based upon the citizenship of each of its partners. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008). The partners of AmeriGas Propane, L.P. are (1) AmeriGas Propane GP, LLC; (2) AmeriGas Partners, L.P.; and (3) AmeriGas Eagle Holdings, Inc. The citizenship of an LLC is determined by the citizenship of all of its members. *Id.* at 1080. AmeriGas Partners, L.P. is the sole member, and owns 100%, of AmeriGas Propane GP, LLC. AmeriGas Partners, L.P. is a Delaware

limited partnership with its principal place of business in Pennsylvania. The partners of AmeriGas Partners, L.P. are: (1) AmeriGas Propane, Inc. and (2) AmeriGas Propane Holdings, Inc. AmeriGas Propane, Inc. is a Pennsylvania corporation with its principal place of business in Pennsylvania. AmeriGas Propane Holdings, Inc. is a Delaware Corporation with its principal place of business in Pennsylvania. AmeriGas Eagle Holdings, Inc. is a Delaware corporation with its principal place of business in Pennsylvania.

7. <u>Amount in Controversy Standard</u>: District courts have original jurisdiction of all civil actions where the amount in controversy exceeds $75,000 and the parties are diverse. 28 U.S.C. § 1332(a). In this negligence suit, the parties are diverse and Plaintiff has asserted a claim for an "…amount greater than that sum required for federal diversity…". Exhibit A at p. 13. The sum Plaintiff demanded satisfies the amount in controversy requirement for diversity jurisdiction. 28 U.S.C. 1446(c)(2).

8. <u>Consent to Removal</u>: There are currently no other Defendants to this suit. Therefore, additional consent is not required.

9. <u>Notice Given</u>: The Removing Defendant will give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the District Court of the Circuit Court of Miller County, Arkansas, Civil Division, as required by Title 28, United States Code, Section 1446(d).

10. <u>Payment of Costs</u>: Payment of the appropriate fees and costs for removal and docketing of this matter in federal court, if any, are tendered with this Notice.

11. <u>Reservation of Defenses</u>: Because this Notice of Removal is neither a responsive pleading nor a motion under Rule 12 of the Federal Rules of Civil Procedure, the Removing Defendant has not waived the right to assert any applicable defenses by removing this action from state court.

WHEREFORE, by this Notice of Removal, Defendant AmeriGas Propane, L.P. hereby removes this Action from the Circuit Court of Miller County, Arkansas, Civil Division, and requests this Action proceed as properly removed to this Court.

Respectfully submitted this 7th day of October, 2022.

*/s/ Darby V. Doan*
Darby V. Doan
Arkansas Bar No. 96064
Cole A. Riddell
Arkansas Bar No. 2018051
HALTOM & DOAN
6500 Summerhill Rd., Suite 100
Texarkana, Texas 75503
Telephone (903) 255-1000
Facsimile (903) 255-0800
E-Mail: ddoan@haltomdoan.com
E-Mail: criddell@haltomdoan.com

Ethan G. Gibson *(pro hac vice forthcoming)*
ethan@gibsonwunder.com
**Gibson | Wunder, P.C.**
4 Houston Center
1221 Lamar St., Suite 1001
Houston, Texas 77010
Phone: 713.897-8008
Facsimile: 713-897-8007

**ATTORNEYS FOR DEFENDANT AMERIGAS PROPANE, L.P. D/B/A AMERIGAS**

## CERTIFICATE OF SERVICE

The undersigned certifies a true and correct copy of the foregoing document was served electronically through e-mail on October 7, 2022, as follows:

Bud B. Whetstone
Whetstone Law Firm
415 North McKinley, Suite 535
Little Rock, Arkansas 72205
budwhetstone@yahoo.com

Richard N. Watts
Watts, Donovan, Tilley & Carson, P.A.
2120 Riverfront Drive, Suite 275
Little Rock, Arkansas 72202
richard.watts@wdtc.law

                                                */s/ Darby V. Doan*
                                                Darby V. Doan