IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARLY JON BECK                                                                                    PLAINTIFF

v.                                              Civil No. 4:22-cv-4101

AMERIGAS PROPANE, L.P. D/B/A
AMERIGAS                                                                                          DEFENDANT

## ORDER

Before the Court is the parties' Agreed Motion for Entry of Protective Order.  ECF No. 17. The parties to this case, through their respective counsel, agree to protect the confidentiality of certain information that may be discovered or offered into evidence at the trial of this case.  Upon consideration, the Court finds that the parties' motion (ECF No. 17) should be and hereby is **GRANTED**.  The Court will enter the parties' proposed Agreed Protective Order as a separate docket entry.

**IT IS SO ORDERED**, this 13th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge